1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUSTIN LEE WILEY

**FILED**

JUN 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:20-mj-00058-SAB |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RELEASE FOR JUSTIN LEE WILEY |
| vs. | ) | |
| JUSTIN LEE WILEY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant JUSTIN LEE WILEY (Fresno County Sheriff's JID 7102034 / Booking No 2019040) shall be released to Jerry Ramos of the Central Valley Teen Challenge program, from the Fresno County Jail on Monday, June 8, 2020, at 8:00 a.m., for transportation directly to the Teen Challenge International program.

Dated: ~~May~~ June 3, 2020

_____
Honorable Erica P. Grosjean
United States Mag Court Judge

Wiley: Release Order                    -1-

☆ 6/3/2020 1:00 pm - copy hand-delivered to USM, Fresno